1  Nossaman LLP
   Allan H. Ickowitz (SBN 80994)
2  Robert S. McWhorter (SBN 226186)
   445 S. Figueroa Street, 31st Floor
3  Los Angeles, California 90071
   Telephone: 213.612.7800
4  Facsimile: 213.612.7801
   aickowitz@nossaman.com
5  rmcwhorter@nossaman.com

6  Attorneys for Defendant,
   Federal Deposit Insurance Corporation,
7  as Receiver of Corus Bank, N.A

8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC,<br><br>Debtor,<br><br>GTS 900 F, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CORUS BANK, N.A., a national banking association and DOES 1 through 10, inclusive,<br><br>Defendants. | Bankruptcy Case No. 2:09-bk-35127-VZ<br>Chapter 11<br><br>**CV 10-02763 SJO**<br><br>U.S. District Court Case No:<br>Bankruptcy Adv. No. 2:09-ap-02188-VZ<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE PURSUANT TO 28 U.S.C. § 157(d) AND BANKRUPTCY RULE 5011**<br><br>Date: May 17, 2010<br>Time: 10:00 AM<br>Place: Courtroom 1 – 2nd floor<br>Judge: S. JAMES OTERO |

FILED 10 APR 15 PM 1:32 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on May 17, 2010, at 10:00 AM, in Courtroom 1, located at 312 N. Spring Street, Los Angeles, California, Defendant, Federal Deposit Insurance Corporation in its capacity as receiver for Corus Bank, N.A ("FDIC-R"), will and hereby does move this Court for an order withdrawing the reference to the Bankruptcy Court of this adversary proceeding pursuant to 28 U.S.C. § 157(d) and Fed. R. Bank. P., Rule 5011. This Motion is made on the grounds that (i) this case requires consideration of 12 U.S.C. § 1821, (ii) this matter is a non-core proceeding, and (iii) good cause exists. Plaintiff, GTS 900 F, LLC concurs in the relief sought in this Motion.

This Motion will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Robert S. McWhorter, the Request for Judicial Notice, the papers and records on file herein, and such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: April 12, 2010

NOSSAMAN LLP

By: /s/ Robert S. McWhorter
ROBERT S. MCWHORTER

Attorneys for Defendant,
FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CORUS BANK, N.A.